## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

CHELI,                                              :
                                                    :
            Plaintiff,                              :
                                                    :
      v.                                            :        Case No. 1:25-cv-00159-CPO-EAP
                                                    :
VINELAND EQUITIES, LLC, et al                       :
                                                    :
            Defendants.                             :
_____            :

## <u>NOTICE OF SETTLEMENT</u>

The Plaintiff hereby informs the Court that the parties have achieved a resolution in the above-captioned matter, are finalizing the settlement documents, and expect to file dismissal papers within the next sixty days.


Respectfully submitted this 24th day of November 2025,

                              <u>*/s/ Jon G. Shadinger Jr.*</u>
                              Jon G. Shadinger Jr., Esq.
                              Shadinger Law, LLC
                              2220 N. East Avenue
                              Vineland, NJ 08360
                              (609) 319-5399
                              js@shadingerlaw.com
                              *Attorney for Plaintiff, Charlene Cheli*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 24th day of November 2025, I electronically filed a true and correct copy of the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Jon G. Shadinger Jr.*
Jon G. Shadinger Jr., Esq.